1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SANTIAGO CASSO,

11          Plaintiff,                    No. CIV S-06-2131 LKK GGH P

12      vs.

13  K. MYERS,

14          Defendant.              <u>FINDINGS AND RECOMMENDATIONS</u>

15  _____/

16          By an order filed January 30, 2007, plaintiff was ordered to file a certified copy of

17  his prison trust account statement for the six month period immediately preceding the filing of

18  the complaint and the certification required on the application form within thirty days and was

19  cautioned that failure to do so would result in a recommendation that this action be dismissed.

20  The thirty day period has now expired, and plaintiff has not responded to the court's order and

21  has not filed a certified copy of his prison trust account statement.

22          Although it appears from the file that plaintiff's copy of the order  was returned,

23  plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his

24  current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record

25  address of the party is fully effective.

26  \\\\\

1

1        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

2   without prejudice.

3        These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

5   days after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

8   shall be served and filed within ten days after service of the objections.  The parties are advised

9   that failure to file objections within the specified time may waive the right to appeal the District

10  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  DATED: 3/30/07

                                                    /s/ Gregory G. Hollows
12
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
13  GGH:035
    cass2131.fff

14

15

16

17

18

19

20

21

22

23

24

25

26